AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF ____DELAWARE____

UNITED STATES OF AMERICA
V.
TURHAN BLENMAN

**WARRANT FOR ARREST**

CASE NUMBER: 04-120M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____Turhan Blenman____
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Unlawful Flight to Avoid Prosecution

FILED
NOV 17 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

in violation of Title __18__ United States Code, Section(s) __1073__

Honorable Mary Pat Thynge          United States Magistrate Judge
Name of Issuing Officer              Title of Issuing Officer

[signature]                         Wilmington DE    10/20/04
Signature of Issuing Officer         Date and Location

Bail fixed at $ __No Bail__    by [signature]
                                   Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at 1038 Belmont Ave, Philadelphia, PA |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10/20/04 | Jack Leo | Jack Leo |
| DATE OF ARREST | Deputy U.S. Marshal | |
| 11/16/05 | | |